**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION**

|  |  |  |
|---|---|---|
| THE NIELSEN COMPANY (US), LLC, | ) ) ) | |
| Plaintiff/Counterclaim Defendant, | ) ) ) | Civil Action No. 2:11-CV-168-MSD/TRJ |
| v. | ) ) ) | |
| COMSCORE, INC., | ) ) ) | |
| Defendant/Counterclaim Plaintiff. | ) ) ) | |

**STIPULATION OF DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the Plaintiff/Counterclaim Defendant and Defendant/Counterclaim Plaintiff hereby stipulate and agree that the above action, including all claims, and counterclaims and affirmative defenses, are dismissed WITH PREJUDICE, subject to the terms of that certain agreement entitled "PATENT PURCHASE, LICENSE AND SETTLEMENT AGREEMENT" and dated December 20, 2011 with each party to bear its own costs, expenses and attorneys' fees.

**SO AGREED AND STIPULATED:**

Dated:  December 21, 2011

By:   */s/ Walter D. Kelley, Jr.*
_____
   Walter D. Kelley, Jr. (VSB No. 21622)
   Tara Lynn R. Zurawski (VSB No. 73602)
   JONES DAY
   51 Louisiana Avenue, NW
   Washington, DC  20001
   Tel:  (202) 879-3939
   Fax: (202) 626-1700
   wdkelley@jonesday.com
   tzurawski@jonesday.com

   Tharan Gregory Lanier (*pro hac vice*)
   Joe C. Liu (*pro hac vice*)
   Iman Lordgooei (*pro hac vice*)
   Heather N. Fugitt (*pro hac vice*)
   JONES DAY
   1755 Embarcadero Road
   Palo Alto, CA  94303
   Tel:  (650) 739-3939
   Fax: (650) 739-3900
   tglanier@jonesday.com
   jcliu@jonesday.com
   ilordgooei@jonesday.com
   hfugitt@jonesday.com

   Steven J. Corr (*pro hac vice*)
   JONES DAY
   555 South Flower Street, Fiftieth Floor
   Los Angeles, CA  90071-2300
   Tel:  (213) 489-3939
   Fax: (213) 243-2539
   sjcorr@jonesday.com

*Attorneys for Plaintiff/Counterclaim Defendant
The Nielsen Company (US), LLC*

Dated:  December 21, 2011

By:   */s/ Erica N. Andersen*
_____
   Richard Rainey (*pro hac vice*)
   Kevin B. Collins (*pro hac vice*)
   Paul A. Ainsworth (*pro hac vice*)
   Brian G. Bieluch (*pro hac vice*)
   Erica N. Andersen (VSB No. 76466)
   COVINGTON & BURLING LLP
   1201 Pennsylvania Avenue, N.W.
   Washington, D.C.  20004
   Tel:  (202) 662-6000
   Fax: (202) 778-5598
   rrainey@cov.com
   kcollins@cov.com
   painsworth@cov.com
   bbieluch@cov.com
   eandersen@cov.com

   K. Courtney Macdonald (VSB No. 77014)
   COVINGTON & BURLING LLP
   The New York Times Building
   620 8th Avenue
   New York, NY  10018
   Tel:  (212) 841-1000
   Fax:  (212) 841-1010
   cmacdonald@cov.com

   Stephen E. Noona (VSB No. 25367)
   KAUFMAN & CANOLES, PC
   150 Main Street, Suite 2100
   Norfolk, VA  23510
   Tel:  (757) 624-3239
   Fax: (757) 624-3169
   senoona@kaufcan.com

*Attorneys for Defendant/Counterclaim Plaintiff
comScore, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 21st day of December 2011, I will electronically file the foregoing *Stipulation of Dismissal* with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Stephen E. Noona
KAUFMAN & CANOLES, PC
150 W. Main Street, Suite 2100
Norfolk , VA 23510
Email: senoona@kaufcan.com

Paul A. Ainsworth
Erica N. Andersen
Brian G. Bieluch
Kevin B. Collins
Courtney R. Forrest
K. Courtney Macdonald
Richard L. Rainey
Peter A. Swanson
Paul J. Wilson
Christina Olson
COVINGTON & BURLING LLP
1201 Pennsylvania Avenue, N.W.
Washington, DC  20004-2401
Email: painsworth@cov.com
Email: eandersen@cov.com
Email: bbieluch@cov.com
Email: cforrest@cov.com
Email: lburke@cov.com
Email: kcollins@cov.com
Email: cmacdonald@cov.com
Email: rrainey@cov.com
Email: pswanson@cov.com
Email: pwilson@cov.com
Email: colson@cov.com

Dated: December 21, 2011

 /s/  Walter D. Kelley, Jr.
Walter D. Kelley, Jr. (VSB No. 21622)
JONES DAY
51 Louisiana Avenue, NW
Washington, DC 20001
Tel: (202) 879-3939
Fax: (202) 626-1700
Email: wdkelley@jonesday.com

*Counsel for Plaintiff/Counterclaim Defendant The Nielsen Company (US), LLC*